IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0462 MMC |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | ) | |
| | ) | |
| GREGORY BANKS, | ) | Current Hearing Date: Wednesday, April 26, 2006 |
| Defendant. | ) | |
| | ) | Proposed Hearing Date: Wednesday, May 17, 2006 |

Sentencing in the above-entitled case is currently scheduled for Wednesday, April 26, 2006. Counsel for Mr. Banks is unavailable on that date, and has moved the Court to continue sentence. Mr. Banks is out of custody, and the government has no objection to continuing the hearing.

Therefore, for good cause shown sentencing shall be continued from Wednesday, April 26 to

//
//
//
//
//
//

Banks, CR 05-0462 MMC
ORD. CONT. SENT.

1  Wednesday, May 17, 2006 at 2:30.
2  IT IS SO ORDERED.
3
4  April 12, 2006
   Dated
5
                                         _____
                                         MAXINE CHESNEY
                                         United States District Court Judge
6
7  IT IS SO STIPULATED
8   4/10/06
   DATED
9                                        /s/ _____
                                         KEVIN V. RYAN
10                                       United States Attorney
                                         Northern District of California
11                                       MICHELLE MORGAN-KELLY
                                         Assistant United States Attorney
12
13
14  4/10/06
   DATED                                 /s/ _____
15                                       BARRY J. PORTMAN
                                         Federal Public Defender
16                                       Northern District of California
                                         STEVEN G. KALAR
17                                       Assistant Federal Public Defender
18
19
20
21
22
23
24
25
26

Banks, CR 05-0462 MMC
ORD. CONT. SENT.                                  2